# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re  RICHARD E ABRUSCATO, JR  ,      Case No.  10-24896

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage | CitiMortgage, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Nationstar Mortgage
350 Highland Drive
Lewisville, TX 75067

Court Claim # (if known):  1
Amount of Claim:  449101.77
Date Claim Filed:  07/08/2010

Phone:  800-766-7751
Last Four Digits of Acct #:  6347

Phone:  503-223-5600
Last Four Digits of Acct. #:  5520

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ James Cloud      Date: 11/23/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.